**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE LOUIE JIMENEZ III, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LAND O'LAKES, INC., a Minnesota corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 1:23-cv-00891-JLT-SKO<br><br>**ORDER GRANTING STIPULATION TO STAY CASE PENDING MEDIATION**<br><br>(Doc. 19) |

### ORDER

The Court, having reviewed the Parties' Stipulation to Stay Case Pending Mediation (Doc. 19), and for good cause shown, hereby orders as follows:

A. All formal discovery including any Belaire-West Notice, written discovery, depositions, and any related motion practice, is STAYED.

B. The Court's decision on Plaintiff's pending Motion to Remand (Doc. 11), currently under submission with this Court, is STAYED.

C. The Parties agree to schedule mediation with Tripper Ortman when his 2025 dates of availability are released on December 2, 2024.

D. If mediation is cancelled by one or more of the Parties or is unsuccessful, or upon any party's request to lift the stay followed by a 14-day notice to the other party during the mediator's fully refundable cancellation window, the Parties will resume formal discovery and the stay of the Court's decision on Plaintiff's pending Motion to Remand will be lifted.

E. The scheduling conference currently set for January 23, 2025 (Doc. 18), is VACATED.  Within 14 days of the conclusion of the mediation, the parties SHALL file a Joint Status Report, at which point the scheduling conference shall be re-set if appropriate.

F. The Parties SHALL also file a Joint Status Report on or before December 9, 2024 to update the Court regarding the Parties' mediation date with Mr. Ortman.

IT IS SO ORDERED.

Dated:   **November 20, 2024**             /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE