UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LOUIE JIMENEZ III, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LAND O'LAKES, INC., a Minnesota corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO.: 1:23-cv-00891-JLT-SKO<br><br>**ORDER GRANTING UNOPPOSED MOTION AND STIPULATION TO STAY ACTION PENDING MEDIATION** |

## ORDER

The Court, having reviewed the Parties' Joint Stipulation to Stay Action Pending Mediation, (Doc. 31), and good cause appearing, ORDERS as follows:

A. This litigation is STAYED pending the conclusion of mediation.

B. The scheduling conference currently set for March 17, 2026, (*see* Doc. 30), is VACATED.

C. Within seven (7) days of the conclusion or cancellation of the mediation, the parties SHALL file either a (1) Notice of Settlement or (2) Joint Status Report, and the scheduling conference shall be re-set if appropriate.

IT IS SO ORDERED.

Dated:   **March 10, 2026**             /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING MEDIATION